```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION


BRUCE'S WRECKER SERVICE, INC.,      )
                                    )
                 Plaintiff,         )
                                    )
           v.                       )      No. 4:09CV556 FRB
                                    )
AUTOMOBILE CLUB OF MISSOURI,        )
                                    )
                 Defendant.         )
```

<u>**MEMORANDUM AND ORDER**</u>

The Court heard oral argument on Plaintiff's Motion to Compel Discovery on September 8, 2010. The Court rules as follows:

**IT IS HEREBY ORDERED** that plaintiff's Motion To Compel Answers To Interrogatories And Responses To Requests For Production Of Documents (Docket No. 55) is granted in part and denied in part.

**IT IS FURTHER ORDERED** that within 30 days of the date of this order, to the extent available Defendant shall produce documentation reflecting the payments made by ACMO to all towing contractors in Bruce's Wrecker Service, Inc.'s zone of operation for calls generated in Bruce's Wrecker Service, Inc.'s zone of operation from the October 11, 2001- February 26, 2006 contractual timeframe (as identified in Defendant's answer to Plaintiff's Interrogatory # 14).

**IT IS FURTHER ORDERED** that, as noted on Page 16 of the Transcript of the Motion Hearing from September 8, 2010, Defendant's objections to Plaintiff's Interrogatories and Request for Production are sustained in all other respects.

The parties may submit an appropriate protective order to the Court to protect the confidentiality of the aforementioned discovery documents from disclosure to the public.


_____
UNITED STATES MAGISTRATE JUDGE


Dated this 2nd day of November, 2010.